

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00056-CV

IN RE JOHN D. SPICER, THE                            RELATOR
CHAPTER 7 TRUSTEE FOR THE
BANKRUPTCY ESTATES OF
ALLEGIANCE HAWKS CREEK
COMMERCIAL, L.P., AND
ALLEGIANCE COMMERCIAL
DEVELOPMENT, L.P.

-----------

## ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

We have considered the parties "Joint Motion to Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss this original proceeding.

PER CURIAM

PANEL: GABRIEL, DAUPHINOT, and GARDNER, JJ.

DELIVERED: February 14, 2014

---

[1]See Tex. R. App. P. 47.4.